IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**VERONICA I. CLEAVES,**

   Plaintiff,

v.                                                      No. 2:23-cv-02781-SHL-cgc

**SHELBY COUNTY BOARD OF EDUCATION,
PROMISE ACADEMY CHARTER SCHOOL,
JEFFREY MONROE, LACEY SMITH, KATE PITCHER,
and WANDA BONNER,**

   Defendants.

---

ORDER TO REISSUE AND EFFECT SERVICE OF PROCESS

ORDER DENYING MOTION TO DISMISS

---

The instant case is before the Court pursuant to Administrative Order 2013-05.[1] On December 15, 2023, Plaintiff Veronica I. Cleaves, a resident of Memphis, Shelby County, Tennessee, filed a *pro se* complaint against Shelby County Board of Education, Promise Academy Charter School, Jeffrey Monroe, Lacey Smith, Kate Pitcher and Wanda Bonner as well as a motion for leave to proceed *in forma pauperis*. (Docket Entry ("D.E.") # 1 and 4.) On September 26, 2024, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis*. (D.E. #8). After completion of a review of the case pursuant to 28 U.S.C. § 1915(e)(2)(B), the Clerk was ordered on that same date to "issue process for Defendants and deliver that process to

---

[1] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation

the U.S. Marshal for service … pursuant to Fed. R. Civ. P. 4(j)(2)(B) and Tenn. R. Civ. P.4.04(9). All costs of service shall be advanced by the United States." (D.E. # 8) On November 14, 2024 an answer was filed on behalf of defendants Promise Academy Charter School, Jeffrey Monroe, Lacey Smith, Kate Pitcher, and Wanda Bonner. (D.E. # 10)

On November 24, 2025 Shelby County Board of Education ("SCBOE") filed a motion to dismiss for lack of service of process and argued that the complaint against SCBOE should be dismiss as more than a year has passed since the issuance of the summons without SCBOE being served with process. (D.E. # 13 and 14) While SCBOE cites to *Marshall v Costco Wholesale Corporation*, 2:18-cv-02309-SHL-tmp (W.D. Tenn. Oct. 17, 2018) for the proposition that "[A]ctual knowledge and lack of prejudice cannot take the place of legally sufficient service." the distinction between that case and the instant case is that here Plaintiff is not personally responsible for effecting service as she is proceeding *in forma pauperis* and the court directed that service be effected by the U.S. Marshal. A more comparable case is *Robinson v. EEOC, et al.*, 2:17-cv-02674-JPM-dkv (W.D. Tenn. Dec. 10, 2018) which involved a *pro se* plaintiff and insufficient service by the U.S. Marshal. In that case, the court found that good cause existed to extend the time for service pursuant to Fed. R. Civ. P. 4(m).

Similarly, the court finds here that good cause exists to extend the time for service. It is ORDERED that the Clerk shall reissue process for Shelby County Board of Education and deliver that process to the that process to the U.S. Marshal for service.
Service shall be made on the defendant at:

>**Justin Bailey**
>**General Counsel**
>**160 S. Hollywood St.**
>**Memphis, TN 38112**

pursuant to Fed. R. Civ. P. 4(j)(2)(B) and Tenn. R. Civ. P.4.04(9).  Process shall include a copy of Plaintiff's Complaint.   All costs of service shall be advanced by the United States. The docket shall be updated within forty-five (45) days of entry of this order with the status of service.  Defendant Shelby County Board of Education's motion to dismiss is **DENIED**.

    **IT IS SO ORDERED** this 7th day of January, 2026.

                                                      s/ Charmiane G. Claxton
                                                    CHARMIANE G. CLAXTON
                                                    UNITED STATES MAGISTRATE JUDGE